**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA**
**Plaintiff,**

**v.** **Case No. 26-CR-80**

**JACOB DOWD**
**Defendant.**

---

## ORDER

On defendant's unopposed request,

**IT IS ORDERED** that the sentencing set for August 28, 2026, is adjourned to **Friday, September 25, 2026, at 10:00 a.m.**

**IT IS FURTHER ORDERED** that the parties file any sentencing motions, memoranda, or other materials (such as letters) on or before **September 18, 2026.**

Dated at Milwaukee, Wisconsin, this 19th day of August, 2026.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge