# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**
**Plaintiff,**

**v.** **Case No. 26-CR-80**

**JACOB DOWD**
**Defendant.**

---

## ORDER

On defendant's unopposed request,

**IT IS ORDERED** that the sentencing set for September 25, 2026, is adjourned to **Thursday, October 15, 2026, at 10:30 a.m.**

**IT IS FURTHER ORDERED** that the parties file any sentencing motions, memoranda, or other materials (such as letters) on or before **October 8, 2026.**

Dated at Milwaukee, Wisconsin, this 17th day of September, 2026.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge