# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

**v.** **IN-COURT HEARING**

**JACOB DOWD** **Case No. 26-CR-80**

---

HONORABLE LYNN ADELMAN, presiding
Proceeding Held: 10/26/2026
Deputy Clerk: JD

Time Called: 10:05
Time Concluded: 10:15
Court Reporter: Jen

**Appearances**:

UNITED STATES OF AMERICA by: Ben Taibleson, Chris Ladwig

DEFENDANT by: Julie Linnen

US PROBATION OFFICE by: Nicole Ford

INTERPRETER: None ☐ Interpreter Sworn

---

Government notes that defendant has been arrested and charged in California with burglary and assault. On psychiatric hold, $275,000 bond. Government requests a detainer be lodged.

Defense requests no detainer, concerned about effect on his custody status. Notes defendant faces guideline range of 0-6 months in this case.

Court issues warrant to act as a detainer. Defense may request reconsideration based on effects.

Court directs parties to file status report in 30 days.