FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Guy Cardamone, Madison Supervisor
John W. Campion
Alexandra Douglas
Ramuel R. Figueroa
Matthew Giesfeldt
Jonathan Greenberg
Gabriela A. Leija
Julie K. Linnen
Colin McGinn
Dennise Moreno
Tom Phillip
Elena Schultz
Alex Vlisides

411 East Wisconsin Avenue
Suite 2310
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

November 24, 2026

Honorable Lynn Adelman
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

RE: *United States v. Jacob Dowd*
Case No. 26-cr-80

Dear Judge Adelman,

The parties submit this status report as ordered by the Court at the hearing on October 26, 2026. ECF No. 15.

Mr. Dowd remains in state custody in Stanislaus County, California, with $275,000.00 bail. His cases there are pending, and it appears there is a competency hearing scheduled for today.

The parties will update this Court as we learn more. We ask that the Court order a follow-up status report in approximately 30 days.

Sincerely,

***s/ Julie K. Linnen***
Julie K. Linnen

JL/ko