**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA**
**Plaintiff,**

**v.** **Case No. 26-CR-80**

**JACOB DOWD**
**Defendant.**

---

## ORDER

**IT IS ORDERED** that the parties file a joint status report advising the court of their anticipated next steps in the case by **December 23, 2026**.

Dated at Milwaukee, Wisconsin, this 25th day of November, 2026.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge